

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-18-00004-CV

## IN RE DON HUTTO

---

## Original Proceeding

---

## MEMORANDUM OPINION

---

Relator's petition for writ of mandamus is denied.[1]


AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed January 24, 2018
[OT06]

---

[1] In light of our disposition, we dismiss relator's emergency motion to stay the orders of the 413th Judicial District Court as moot.

